611

Louis M. Quitman, Successor Trustee, Plaintiff, v.
Jeremiah W. Dowd et al., Defendants.
Sara M. Dewey et al., Appellants, v. Charles E. Bartley
et al., Appellees.

Gen. No. 40,556.

opinion filed October 25, 1939. Peabody, Westbrook, Watson
& Stephenson, for appellant Sara M. Dewey; Morris Blank, for appellant
Sarah Mincer; Walter W. Baker, for appellant Harry Flynn; Kirkland,
Fleming, Green, Martin & Ellis, for appellee George E. Bartley; Bartlett
S. Marimon and Charles M. Rush, of counsel; Sarsfield Collins, for ap-
pellee Louis M. Quitman. Opinion by PRESIDING JUSTICE DENIS E.
SULLIVAN. "Not to be published in full."

City of Chicago, Appellee, v. Western Shade Cloth
Company, Appellant.

Gen. No. 40,585.

opinion filed October 25, 1939; rehearing denied November 9,
1939. Tatge & Tatge and Robert F. Kolb, for appellant; Barnet Hodes,
Corporation .Counsel, for appellee; Alexander J. Resa and L. Louis Kar-
ton, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING
JUSTICE DENIS E. SULLIVAN. "Not to be published in full."